

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00017-CR

**ROBERTO PEREZ**
**v.**
**THE STATE OF TEXAS**

**On appeal from the**
**117th District Court of Nueces County, Texas**
**Trial Cause No. 12-CR-0909-B (S1)**

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

November 21, 2013